1

2

3

4

5

6

7

**F I L E D**
CLERK, U.S. DISTRICT COURT

11/18/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RYO _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10              October 2025 Grand Jury

11  UNITED STATES OF AMERICA,          EDCR 5:25-cr-00366-KK

12          Plaintiff,                 I N D I C T M E N T

13          v.                         [18 U.S.C. § 111(a)(1), (b):
                                       Assault on Federal Officer Using a
14  CARLOS JIMENEZ,                    Deadly or Dangerous Weapon]

15          Defendant.

16

17      The Grand Jury charges:

18                      COUNT ONE

19              [18 U.S.C. § 111(a)(1), (b)]

20      On or about October 30, 2025, in San Bernardino County, within

21  the Central District of California, defendant CARLOS JIMENEZ

22  intentionally and forcibly assaulted, resisted, impeded, intimidated,

23  and interfered with victim N.J., an employee of United States Customs

24  and Border Protection, while she was engaged in, and on

25  //

26  //

27  //

28  //

account of, the performance of her official duties, and in doing so,
used a deadly and dangerous weapon, namely, a car.

A TRUE BILL

/S/ _____
Foreperson

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

PATRICK D. KIBBE
Assistant United States Attorney
General Crimes Section