AO 436 (Rev. 04/13)
*Read Instructions.*

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
# AUDIO RECORDING ORDER

| | |
|---|---|
| 1. NAME: Ayah Sarsour | 2. PHONE NUMBER: (951) 276-6346 |
| 3. EMAIL ADDRESS: ayah_sarsour@fd.org | |
| 4. MAILING ADDRESS: 3801 University Avenue, Suite 700 | 5. CITY: Riverside |
| 6. STATE: CA | 7. ZIP CODE: 92501 |
| 8. CASE NUMBER: 5:25-cr-00366-KK | 9. CASE NAME: U.S. v. Carlos Jimenez |
| 10. FROM: 10/31/2025 | 11. TO: 10/31/2025 |
| 12. PRESIDING JUDGE: Hon. Kenly Kiya Kato | 13. CITY: Riverside |
| 14. STATE: CA | |

**15. ORDER FOR**
- ☐ APPEAL
- ☒ CRIMINAL
- ☐ CRIMINAL JUSTICE ACT
- ☐ BANKRUPTCY
- ☐ NON-APPEAL
- ☐ CIVIL
- ☐ IN FORMA PAUPERIS
- ☐ OTHER (Specify)

**16. AUDIO RECORDING REQUESTED** *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* Minutes Of Initial Appearance ECF #5 | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | | |
| | **ESTIMATE TOTAL** | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE: /s/ Ayah Sarsour | 19. DATE: 11/20/2025 |
|---|---|

| PROCESSED BY | | | PHONE NUMBER |
|---|---|---|---|
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID |
| DEPOSIT PAID | | | TOTAL CHARGES: 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT: 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE: 0.00 |

**DISTRIBUTION:** COURT COPY   ORDER RECEIPT   ORDER COPY