UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

          v.

CARLOS JIMENEZ,

       Defendant.

No.  5:25-cr-00366-KK

ORDER DESIGNATING MATERIAL
WITNESS WITH APPEARANCE BOND
WITH THIRD PARTY AFFIDAVIT OF
SURETY THEREON

FOR GOOD CAUSE SHOWN and pursuant to Title 18, United States Code, Section 3144:

IT IS HEREBY ORDERED that the following persons are declared to be material witnesses in the above-captioned case, and shall be released on appearance bond as determined by the Court to assure their presence at trial:

1.  Chery Marcelo Lopez Rios

2.  Ada Marling Martinez Morales

A $5,000 appearance bond with an affidavit of surety from a responsible third party (with approval of the surety by Pre-trial Services), as well as Pre-trial Services' supervision, is ordered as to these witnesses.


IT IS SO ORDERED.


Dated: March 3, 2026

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE