UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CARLOS JIMENEZ, Defendant. | Case No. 5:25-CR-00366KK<br>Riverside, California<br>Tuesday, November 25, 2025<br>9:59 a.m. to 10:11 a.m. |

TRANSCRIPT OF INITIAL APPEARANCE
BEFORE THE HONORABLE MAGISTRATE SHERI PYM
UNITED STATES DISTRICT COURT

Appearances: See next page.

Court Reporter: Recorded; CourtSmart

Courtroom Deputy: KIMBERLY CARTER

Transcribed by: TERRI HARPER
Huntington Court Reporters and Transcription, Inc.
301 North Lake Avenue
Suite 600
Pasadena, California 91101
(800) 586-2988

Proceedings recorded by electronic sound recording; transcript produced by transcription service

APPEARANCES:

| | |
|---|---|
| For the Plaintiff UNITED STATES OF AMERICA: | COURTNEY NICOLE WILLIAMS, AUSA<br>US Attorney's Office<br>3403 10th Street<br>Suite 200<br>Riverside, California 92501<br>(951) 368-1473 |
| For the Defendant CARLOS JIMENEZ: | AYAH SARSOUR, ESQ.<br>Federal Public Defenders Office, Riverside<br>3801 University Avenue<br>Suite 700<br>Riverside, California 92501<br>(951) 276-6368 |

Riverside, California; Tuesday, November 25, 2025

--o0o--

(Call to Order)

THE CLERK: This court is now in session, the Honorable Sheri Pym, United States Magistrate Judge, presiding. Case number 5:25-CR-366, United States of America versus Carlos Jimenez.

Counsel, would you please state your appearances for the record?

MS. WILLIAMS: Good morning, Your Honor. Courtney Williams on behalf of the United States.

THE COURT: Good morning.

MS. SARSOUR: Good morning, Your Honor. Ayah Sarsour on behalf of Mr. Carlos Jimenez. He's present before the court out of custody.

THE COURT: Good morning.

And good morning, Carlos Jimenez. Is that your true name?

THE DEFENDANT: Yes, Your Honor. Good morning.

THE COURT: All right. Good morning.

And I don't know if you recall, but back at your initial appearance on October 31st, you had signed a written advisement of your rights. Do you remember that?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Okay. Do you have any questions about your rights at this time?

THE DEFENDANT: No, Your Honor.

THE COURT: All right.

And have you received a copy of the indictment that was filed against you in this case?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Have you had a chance to read that?

THE DEFENDANT: Yes, Your Honor. I have.

THE COURT: Okay. Would you like the indictment read out loud at this time?

THE DEFENDANT: No, it's all right, Your Honor. Thank you.

THE COURT: Okay.

And so then let me ask you, how do you plead to the charge against you in the indictment; guilty or not guilty?

THE DEFENDANT: Not guilty, Your Honor.

THE COURT: All right. Not guilty plea will be entered.

And this case is assigned to Judge Kenly Kiya Kato here in Riverside for trial and all further proceedings.

What is the Government's trial estimate in this case?

MS. WILLIAMS: Three to four days, Your Honor.

THE COURT: Okay. So that will be noted.

And the case is set for jury trial on January 12th, 2026 at 8:30 a.m. and is set for a status conference and any motion hearing on December 18th, 2025 at 1:30 p.m. And the parties are referred to Judge Kato's procedures and schedules on the court's website to obtain a copy of her discovery order.

Is there anything further in this case here today?

MS. WILLIAMS: Nothing from the Government, Your Honor.

MS. SARSOUR: Just for the record, Your Honor, briefly. The defense did submit three discovery requests to the Government, one on November 5th, two on November 20th, and we resubmitted all three requests today. We still have not received anything from the Government. And time is of the essence in ascertaining the identities and contact information of the three potential witnesses who were detained by federal agents at the time of the alleged incident.

THE COURT: All right.

Ms. Williams, did you wish to respond to that at this time?

MS. WILLIAMS: No, Your Honor. Only to say that

I'll reach out to the assigned assistant United States attorney and make him aware of Ms. Sarsour's representations.

THE COURT: All right. Yeah. I mean, obviously the government needs to follow up as soon as possible on that discovery. So I won't be presiding over the case, so if there are any issues, obviously that needs to be taken up with Judge Kato. But please do look into that.

MS. WILLIAMS: Yes, Your Honor.

THE COURT: All right. Thank you.

Is there anything further, then, here today?

MS. WILLIAMS: No, Your Honor. Thank you.

MS. SARSOUR: No, Your Honor. Thank you.

THE COURT: Thank you.

THE DEFENDANT: Thank you, Your Honor.

THE COURT: This court is now adjourned.

(Proceedings concluded.)

-o0o-

TRANSCRIPTIONIST'S CERTIFICATE

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

Terri Harper

TERRI HARPER MARCH 4, 2026

FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

/s/Ann Bonnette

ANN BONNETTE, CSR. NO. 6108, President
Huntington Court Reporters and Transcription, Inc.