AO 436
(Rev. 04/13)

*Read Instructions.*

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
## AUDIO RECORDING ORDER

| 1. NAME<br>Ayah Sarsour | 2. PHONE NUMBER<br>(951) 276-6346 | 3. EMAIL ADDRESS<br>ayah_sarsour@fd.org | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>3801 University Avenue, Suite 700 | 5. CITY<br>Riverside | 6. STATE<br>CA | 7. ZIP CODE<br>92501 |
| 8. CASE NUMBER<br>5:25-cr-00366-KK | 9. CASE NAME<br>U.S. v. Carlos Jimenez | DATES OF PROCEEDINGS | |
| | | 10. FROM 10/31/2025 | 11. TO 10/31/2025 |
| 12. PRESIDING JUDGE<br>Hon. Kenly Kiya Kato | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Riverside | 14. STATE CA |

### 15. ORDER FOR

| | | | |
|---|---|---|---|
| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* | |
| ☐ SENTENCING | | Initial Appearance   ⊞ | 10/31/2025 |
| ☐ BAIL HEARING | | (entire proceeding- Dkt. 5) | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | | |
| **ESTIMATE TOTAL** | | 0.00 |

CERTIFICATION (18. & 19.)  By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE<br>/s/ Ayah Sarsour | 19. DATE<br>03/13/2026 |
|---|---|

| PROCESSED BY | | | | PHONE NUMBER |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    ORDER RECEIPT    ORDER COPY