FILED
CLERK, U.S. DISTRICT COURT

APR 1 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        PLAINTIFF<br>                          v.<br><br>*Carlos Jimenez*<br><br>                                        DEFENDANT. | CASE NUMBER:<br><br>*5:25cr 366 KK*<br><br>**DECLARATION RE PASSPORT AND<br>OTHER TRAVEL DOCUMENTS** |

I, _____*Chery Marcelo Lopez Rios*_____, declare that
        (Defendant/Material Witness)

☒ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __1st__ day of __April__, 20__26__
at _____*Riverside, CA*_____
              (City and State)

_____*Chery Lopez*_____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:

I, __*P. Bianchi*__, am fluent in written and spoken English and __SPANISH__
languages. I accurately translated this form from English into __SPANISH__
to declarant __LOPEZ RIOS__ on this date.

Date: __4.1.26__

_____
*Interpreter*

CR-37 (05/15)                    DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS