AO 436
(Rev. 04/13)

*Read Instructions.*

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
**AUDIO RECORDING ORDER**

| 1. NAME Chad Pennington | 2. PHONE NUMBER (951) 276-6346 | 3. EMAIL ADDRESS Chad_Pennington@fd.org | |
|---|---|---|---|
| 4. MAILING ADDRESS 3801 University Avenue, Suite 700 | 5. CITY Riverside | 6. STATE CA | 7. ZIP CODE 92501 |

| 8. CASE NUMBER 5:25-cr-00366-KK | 9. CASE NAME U.S. v. Carlos Jimenez | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 4/1/2026 | 11. TO 4/1/2026 |
| 12. PRESIDING JUDGE Hon. Sheri Pym | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Riverside | 14. STATE CA |

### 15. ORDER FOR

| | | | |
|---|---|---|---|
| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* | |
| ☐ SENTENCING | | Initial Appearance | 4/01/2026 (Dkt 44) & |
| ☐ BAIL HEARING | | | 4/01/2026 (Dkt 47) |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | | |
| **ESTIMATE TOTAL** | | 0.00 |

CERTIFICATION (18. & 19.)  By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE /s/ Chad Pennington | 19. DATE 4/14/2026 |
|---|---|

| PROCESSED BY | | | | PHONE NUMBER |
|---|---|---|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**     COURT COPY     ORDER RECEIPT     ORDER COPY