**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS JIMENEZ<br><br>Defendant. | Case No. 5:25-cr-366-KK-1<br><br>**Order**<br><br>**[NOTE CHANGES BY COURT]** |

Having good cause shown, the Court hereby <u>grants</u> defendant's motion to compel and orders the government to produce:

(1) all communications, including but not limited to text messages and e-mails, by any officer, agent, or other government official, relating to this incident. If there are no responsive text messages or e-mails from officer Ortiz, the Government shall provide a declaration signed under penalty of perjury by officer Ortiz.;

(2) Any written group communications (including text messages and similar communications), operations directives, or disseminated memoranda regarding HSI/CBP/ICE/ERO operations in the City of Ontario and in San Bernardino County on October 28, 2025, through November 5, 2025. To the extent all

discoverable material has been produced, the Government shall provide a declaration signed under penalty of perjury attesting to this claim.;

(3) Information regarding any oral directives disseminated regarding HSI/CBP/ICE/ERO operations in the City of Ontario and in San Bernardino County on October 28, 2025, through November 5, 2025. To the extent all discoverable material has been produced, the Government shall provide a declaration signed under penalty of perjury attesting to this claim.;

(4) A copy of the current HSI/CBP/ICE/ERO employee manual(s) to include any manuals regarding the following topics: use of force, and effecting warrants and arrests. Once production of this material is complete, the Government shall provide a declaration signed under penalty of perjury attesting to this fact.;

(5) All discovery pertaining to the HSI/CBP/ICE/ERO policies regarding the use of government vehicles in arrest matters and effectuating arrests. Once production of this material is complete, the Government shall provide a declaration signed under penalty of perjury attesting to this fact.;

(6) All written and oral communications between the San Bernardino Sheriff's Department and any responding Ontario City Police Officers and HSI/CBP/ICE/ERO in advance, during, and after Mr. Carlos Jimenez October 30, 2025, arrest. To the extent all discoverable material has been produced, the Government shall provide a declaration signed under penalty of perjury attesting to this claim.;

(7) All interagency emails, correspondence, communications, reports, or memoranda relating to Mr. Carlos

2

[Jimenez] or the incident regarding Mr. Carlos Jimenez. Once production of this material is complete, the Government shall provide a declaration signed under penalty of perjury attesting to this fact.; and

(8) All communications conducted on both government and personal phones in the possession by all agents involved in the investigation related to the incident. To the extent the personal phones do not contain any communications related to the incident, the Government shall produce a declaration signed by each law enforcement agent involved attesting to that claim.

The government is ordered to produce this material within seven (7) days of the date of this Order. Failure to comply will result in sanctions which may include adverse instructions and evidentiary sanctions such as exclusion of witnesses and/or evidence.

IT IS SO ORDERED.

DATED: May 5, 2026          By _____

HONORABLE KENLY KIYA KATO
United States District Judge

Presented by:

/s/ Ayah Sarsour
Ayah Sarsour
Deputy Federal Public Defender

3