CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
AYAH A. SARSOUR (Bar No. 340280)
(E-Mail: Ayah_Sarsour@fd.org)
Deputy Federal Public Defender
CHAD PENNINGTON (Bar No. 354831)
Deputy Federal Public Defender
(E-Mail: Chad_Pennington@fd.org)
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
CARLOS JIMENEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. ED 5:25-cr-00366-KK-1 |
| Plaintiff, | **STIPULATION TO STAY ORDERED DISCOVERY PRODUCTION** |
| v. | |
| CARLOS JIMENEZ, | |
| Defendant. | |

Carlos Jimenez by and through counsel, Deputy Federal Public Defenders, Chad Pennington and Ayah Sarsour, and the government, through Assistant United States Attorney Stephen Chang, hereby stipulate and respectfully request that the Court's ordered production pursuant to Defendant's motion to compel, *see* ECF No. 64, be stayed through November 8, 2026. The basis is set forth below.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 6, 2026        By /s/ *Chad Pennington*
                          CHAD PENNINGTON
                          Deputy Federal Public Defender

### Good Cause

1.    On May 6, 2026, the Court ordered the government to produce certain materials requested by the defense within seven (7) days. *See* ECF No. 64. On that same date, the parties reached a potential resolution through a diversion agreement. Under the agreement's terms, the government may move to dismiss this matter with prejudice after the term of diversion ending October 31, 2026.[1] Furthermore, under the agreement, defense agreed to "[f]ormally withdraw all pending motions in the above-captioned criminal case by filing a notice of withdrawal on the docket."

2.    The parties here stipulate and agree that the production ordered by the Court on May 6, 2026, ECF No. 64, should be stayed until one week after the potential dismissal with prejudice pursuant to the diversion agreement, or through November 8, 2026.

//

//

//

//

//

//

//

//

---

[1] The parties will be filing a Speedy Trial Act Stipulation regarding this diversion agreement. Mr. Jimenez maintains his not guilty plea submitted at the arraignment.

3.     The parties request this stipulated stay of production to allow them to reasonably pursue a potential resolution through the diversion agreement and a disposition of this matter in the interest of justice, and to avoid the unnecessary expenditure of additional judicial or party resources.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 6, 2026     By   /s/ Chad Pennington
CHAD PENNINGTON
Deputy Federal Public Defender

BILAL A. ESSAYLI
First Assistant U.S. Attorney

DATED: May 6, 2026     By   /s/ S. Chang per email authorization*
Stephen Chang
Assistant United States Attorney

3