AMY KARLIN (Bar No. 150016)
Interim Federal Public Defender
AYAH A. SARSOUR (Bar No. 340280)
(E-Mail: ayah_sarsour@fd.org)
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6367
Facsimile: (951) 276-6368

Attorneys for Defendant
CARLOS JIMENEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CARLOS JIMENEZ,<br>Defendant. | Case No. 5:25-cr-00366-KK<br>**STIPULATED REQUEST FOR MODIFICATION OF THE CONDITIONS OF RELEASE** |

**IT IS HEREBY STIPULATED** between Plaintiff, the United States of America, through Assistant United States Attorney Stephen Chang, and Defendant Carlos Jimenez, through his attorney of record, Deputy Federal Public Defender Ayah A. Sarsour, that:

1. On October 31, 2025, Mr. Jimenez appeared before Magistrate Judge A. Joel Richlin for his initial appearance on the complaint. Following a contested detention hearing, the Court ordered Mr. Jimenez released on bond subject to conditions of release. (ECF No. 5).

2. On November 3, 2025, the Bond and Conditions of Release were filed as to Mr. Jimenez and approved by Magistrate Judge Sheri Pym. (ECF No. 14).

3. As part of his conditions of release, Mr. Jimenez was ordered to participate in location monitoring with no residential restrictions. The Court specifically ordered GPS location monitoring through an ankle monitor. (ECF No. 14 at 3).

4. Mr. Jimenez is in compliance with all terms and conditions of release. In light of his continued compliance, the Defense respectfully requests that the location monitoring requirement be removed.

5. On August11, 2026, Ms. Sarsour conferred with Assistant United States Attorney Stephen Chang, who confirmed his non-opposition to modifying the bond conditions to remove the location monitoring requirements.

6. On August 11, 2026, Ms. Sarsour conferred with United States Probation Officer Christianne Elliot, who confirmed her non-opposition to modifying the bond conditions to remove the location monitoring requirements.

7. On August 11, 2026, Ms. Sarsour conferred with Surety Francisco Jimenez, who provided written consent to the requested modification of Mr. Jimenez's terms and conditions of release in compliance with Local Criminal Rule 46 2.1. The signed consent will be filed with the Court.

8. The Parties respectfully request that the Court modify the bond conditions to remove the location monitoring requirements.

Respectfully submitted,

AMY KARLIN
Interim Federal Public Defender

DATED: August 12, 2026, By /s/ Ayah A. Sarsour

AYAH A. SARSOUR
Deputy Federal Public Defender

DATED: August 12, 2026, By /s/ Stephen Chang

Stephen Chang
Assistant United States Attorney
(*per e-mail Authorization)*

# CONSENT LETTER

**August 11, 2026**

**Honorable Kenly Kiya Kato**
**United States District Judge**
**George E. Brown, Jr. Federal Building**
**United States Courthouse**
**3470 Twelfth Street**
**Courtroom 3, 3rd Floor**
**Riverside, CA 92501**

**Re: Surety Approval of Bond Modification**

**Case No. 5:25-cr-00366-KK United States v. Carlos Jimenez**

Dear Honorable Kenly Kiya Kato:

My name is Francisco Jimenez. I am the brother of Carlos Jimenez and a surety on his bond in the above-captioned case.

I understand that the parties have requested a modification of Mr. Carlos Jimenez's bond conditions to remove the requirements of location monitoring. I have been informed of Local Criminal Rule 46-2.1, which requires the written consent of each surety for any request to modify bail conditions.

I hereby consent to the proposed modification of the bond conditions, including the removal of the location monitoring requirements.

Respectfully submitted,




Francisco Jimenez

# PROOF OF SERVICE

I declare that I am a resident or employed in Riverside, County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **STIPULATED REQUEST FOR MODIFICATION OF THE CONDITIONS OF RELEASE** on the following individual(s) by:

| | | | |
|---|---|---|---|
| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [**X**] Via Emailing same addressed as follows: |

**Christine Elliott**
United States Probation Officer
Christine_Elliott@cacp.uscourts.gov

This proof of service is executed at Los Angeles, California, on **August 12, 2026.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Nicole Arias*

**NICOLE ARIAS**