AMY KARLIN (Bar No. 150016)
Interim Federal Public Defender
AYAH A. SARSOUR (Bar No. 340280)
(E-Mail: ayah_sarsour@fd.org)
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
CARLOS JIMENEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>CARLOS JIMENEZ,<br>Defendant. | Case No. 5:25-cr-00366-KK<br><br>**[PROPOSED] ORDER MODIFING CONDITIONS OF RELEASE** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the conditions of release for Defendant Carlos Jimenez are modified to remove all location monitoring requirements, including the requirement that he wear an ankle monitor.

DATED: August___, 2026

By ______________________________
HONORABLE KENLY KIYA KATO
United States District Judge

Presented by:

/s/ Ayah A. Sarsour
AYAH A. SARSOUR
Deputy Federal Public Defender

# PROOF OF SERVICE

I declare that I am a resident or employed in Riverside, County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE** on the following individual(s) by:

| | | | |
|---|---|---|---|
| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [**X**] Via Emailing same addressed as follows: |

**Christine Elliott**
United States Probation Officer
Christine_Elliott@cacp.uscourts.gov

This proof of service is executed at Los Angeles, California, on **August 12, 2026.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Nicole Arias

**NICOLE ARIAS**